UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKY HILL

VERSUS

JASON BEARD, ET AL.

CIVIL ACTION

23-1346-SDD-RLB

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 25, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion is granted to the extent it seeks dismissal if Plaintiff's claims under 28 U.S.C. § 1983 because those federal claims are prescribed. Plaintiff's federal claims are dismissed WITH PREJUDICE, and Plaintiff's remaining state law claims are dismissed WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 25 day of April, 2024.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 17.
[3] Rec. Doc. 18.